**Michael L. NUNN, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR,
Respondent.**

No. 05–3237.

United States Court of Appeals,
Federal Circuit.

March 10, 2006.

Before LOURIE, LINN, and DYK,
Circuit Judges.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Richard K. BRADLEY, Petitioner,**

v.

**DEPARTMENT OF HOMELAND
SECURITY, Respondent.**

No. 05–3205.

United States Court of Appeals,
Federal Circuit.

March 10, 2006.

Before MICHEL, Chief Judge, MAYER
and BRYSON, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.